

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00231-CR

———————————————

ROSS THOMAS BRANTLEY, III, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1609793

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

Appellant Ross Thomas Brantley, III attempts to appeal the trial court's denial of his motion for postconviction forensic DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.05. But Brantley's notice of appeal is untimely—it was due "within 30 days . . . after the day the trial court enter[ed the] appealable order," Tex. R. App. P. 26.2(a)(1), but it was filed more than 100 days after the order was signed.

Because "[o]ur appellate jurisdiction is triggered through a timely notice of appeal," we lack jurisdiction over Brantley's untimely appeal and "can take no action other than to dismiss [it]."[1] *Evans v. State*, No. 02-22-00093-CR, 2022 WL 2252632, at *1 (Tex. App.—Fort Worth June 23, 2022, no pet.) (mem. op., not designated for publication) (dismissing untimely appeal from order denying motion for DNA testing); *Manns*, 2015 WL 5893122, at *1 (same); *McCain v. State*, No. 02-13-00459-CR, 2013 WL 6157123, at *1 (Tex. App.—Fort Worth Nov. 21, 2013, no pet.) (per curiam) (not designated for publication) (same).

Accordingly, we dismiss Brantley's appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

---

[1]When we notified Brantley of our jurisdictional concern, he sought leave to pursue an untimely appeal, explaining that he had mailed a notice of appeal to a federal district court before the deadline but the mail had been returned for insufficient postage. However, "we cannot suspend the rules of appellate procedure to extend the time for filing a notice of appeal." *Manns v. State*, No. 02-15-00247-CR, 2015 WL 5893122, at *1 (Tex. App.—Fort Worth Oct. 8, 2015, no pet.) (mem. op., not designated for publication).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  August 7, 2025